FORMER EMPLOYEES OF CREATEC CORP., PLAINTIFFS *v.*
U.S. DEPARTMENT OF LABOR, DEFENDANT

Court No. 01–00619

(Dated November 6, 2001)

AQUILINO, JR., *Judge:* The U.S. Department of Labor, Employment and Training Administration, Division of Trade Adjustment Assistance having on March 30, 2001 issued a *Negative Determination Regarding Eligibility To Apply for NAFTA—Transitional Adjustment Assistance* with regard to certain employees of Createc Corporation, Harrodsburg, Kentucky, NAFTA-TAA 4599; and notice of that determination having been published *sub nom.* Dep't of Labor, Employment and Training Admin., *Notice of Determinations Regarding Eligibility To Apply for Worker Adjustment Assistance and NAFTA Transitional Adjustment Assistance,* 66 Fed.Reg. 22,005, 22,007 col. 2 (May 2, 2001); and one such employee having corresponded with this Court about that determination; and the Clerk having received on July 30, 2001 a letter from that individual, which it deemed as fulfilling in principle the requirements for commencement of the above-numbered action; and the defendant having filed on September 27, 2001 a motion to dismiss this action on the ground of lack of subject-matter jurisdiction in that it was not commenced within the sixty days after notice of such determination prescribed in 19 U.S.C. §2395(a) and 28 U.S.C. §2636(d); and the plaintiffs having failed to respond to this motion; and it not otherwise clearly appearing that earlier correspondence on the record could be deemed timely commencement of this action; Now therefore, after due deliberation, it is

ORDERED that defendant's motion to dismiss this action be, and it hereby is, granted; and it is further

ORDERED, ADJUDGED AND DECREED that this action be, and it hereby is, dismissed.